

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Henry Ragsdale,

Vs. No. 11-18-00256-CR

The State of Texas,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. 16065F.

\* October 31, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.